UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                    Chapter 13

Deidre Ruth Jones

    Debtor                                                         Bankruptcy No. 18-11748

ORDER

AND NOW, it appearing that on April 14, 2010, an order was entered in the matter of <u>In Re: Deidre Ruth Jones</u>, Bankruptcy No. 09-18496, directing that the debtor(s) may not file a bankruptcy petition under the provisions set forth in the Order dated April 14, 2010, either individually or jointly with a spouse, without prior leave of Court.

IT IS HEREBY ORDERED that this case is DISMISSED.

By the Court:

**Date: March 19, 2018**

_____
Ashely M. Chan
U.S. Bankruptcy Judge