IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Deidre Ruth Jones :
:
: BANKRUPTCY NO.: 18-11748-amc

## O R D E R

AND NOW, this 15th day of May 2018, upon consideration of Debtor's Motion, it is hereby,

ORDERED AND DECREED that the ~~Order of April 14, 2010 prohibiting future bankruptcy filings by Debtor is hereby overturned; that the Court has GRANTED Debtor permission to file bankruptcy; and that the instant case is hereby REINSTATED.~~

Debtor's Motion is denied.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Deidre Ruth Jones
14 Huntingdon Court
Boothwyn, PA 19061

William C. Miller, Trustee
PO Box 40119
Philadelphia, PA 19106

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106