United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Deidre Ruth Jones
           Debtor

Case No. 18-11748-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 16, 2018
                             Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db              +Deidre Ruth Jones,    14 Huntingdon Court,    Boothwyn, PA 19061-2520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14082317         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 02:25:34      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                        TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Deidre Ruth Jones akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   Wells Fargo Bank, N. A. as Trustee for the Carrington
               Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :          CHAPTER 13
Deidre Ruth Jones                   :
                                    :
                                    :          BANKRUPTCY NO.: 18-11748-amc

O R D E R

AND NOW, this ~~15~~ day of _May_ 2018, upon consideration of Debtor's
Motion, it is hereby,

ORDERED AND DECREED that the ~~Order of April 14, 2010 prohibiting future~~
~~bankruptcy filings by Debtor is hereby overturned; that the Court has GRANTED Debtor~~
~~permission to file bankruptcy; and that the instant case is hereby REINSTATED.~~

Debtor's Motion is denied.

BY THE COURT:

Hon. Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:     Deidre Ruth Jones
        14 Huntingdon Court
        Boothwyn, PA 19061


        William C. Miller, Trustee
        PO Box 40119
        Philadelphia, PA 19106

        Office of the U.S. Trustee
        833 Chestnut Street
        Suite 500
        Philadelphia, PA 19106

4